UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                                  Case Number:  19-25589-RAM
                                                                         Chapter   13
PEGGY HERRERA BEOVIDES

      Debtor.
_____/

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTORS**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via

Regular U.S. Mail, this 30th day of January, 2020 to all parties listed below.

| Nancy K. Neidich, Esq. | Assistant US Trustee | Peggy Herrera Beovides |
|---|---|---|
| P.O. Box 279806 | 51 SW 1st Avenue, #1204 | 15950 SW 66 Terrace |
| Miramar, FL  33027 | Miami, Florida 33130 | Miami, FL 33193 |
| *Via CM/ECF* | *Via CM/ECF* | |

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

      **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way
Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100
/s/ Timothy S. Kingcade
x  Timothy S. Kingcade, Esq., FBN 082309
☐  Wendy Garcia, Esq., FBN 0865478
☐  Jessica L. McMaken, Esq., FBN 580163