

**ORDERED in the Southern District of Florida on March 11, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:
PEGGY HERRERA BEOVIDES

Case No: 19-25589-RAM
Chapter 13

_____Debtor_____/

**ORDER GRANTING APPLICATION FOR COMPENSATION FOR**
**PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES**
**BY ATTORNEY FOR CHAPTER 13 DEBTOR**

THIS CASE came to be heard on March 10, 2020 at 9:00 A.M. on the Application for Compensation for Professional Services or Reimbursement of Expenses by Attorney for the Chapter 13 Debtor (DE 29), and the Court having reviewed the Attorney's Application and finding that all of the charges and entries are reasonable and hearing no objection, it is

**ORDERED** that Timothy S. Kingcade of Kingcade & Garcia, P.A., attorney for the Debtor, is awarded the sum of $7,000.00 in attorney's fees. The balance due of $4,500.00 is to be paid pursuant to the Debtor's Chapter 13 Plan.

###

Submitted By:
Timothy S. Kingcade, Esq.
Kingcade & Garcia, P.A.
1370 Coral Way
Miami, FL 33145
(305) 285-9100
Scanner@miamibankruptcy.com

Attorney Kingcade is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.